THE LAW OFFICE OF
# NOOR A. SAAB

Noor A. Saab, Esq.*
-----------
* Admitted in New York

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email:  NoorASaabLaw@gmail.com

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

**MEMO ENDORSED**

April 18, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023

**BY ECF**
Honorable Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re      Lopez v. Marlboro Diamond Castle, LLC: (1:23-cv-00875-JMF-KHP)

To the Honorable Judge Katharine H. Parker,

Plaintiff's counsel respectfully submits this letter motion requesting an adjournment of the Initial Case Management Conference set for April 20, 2023 pursuant to Your Honor's Order dated February 6, 2023 (Dkt #7). Plaintiff's counsel respectfully requests a thirty (30) day adjournment of the Initial Case Management Conference as well as a thirty (30) day extension of all Court deadlines.  Unfortunately, Plaintiff's counsel's mother suffered a stroke on April 14, 2023.  Simultaneously, Plaintiff's counsel is also recovering from a back procedure and a Covid 19 diagnosis from April 3rd, 2023.   (Documentation available upon request) Plaintiff's counsel humbly requests this adjournment to have sufficient time to attend to the medical emergency. Defendant's counsel consents to this request.

The Plaintiff and Plaintiff's counsel sincerely thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

/s/ Noor A. Saab, Esq.

**APPLICATION GRANTED:**  The Initial Case Management Conference in this matter scheduled for Thursday, April 20, 2023 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Monday, June 26, 2023 at 10:15 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
04/18/2023